**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | Civil Action No. 14-180 (BAH) (AK) *consolidated with* |
| v. | Civil Action No. 13-2029 (BAH) (AK) |
| ALICE KIRKSEY-HARRINGTON, | Judge Beryl A. Howell |
| Defendant. | |

**MEMORANDUM AND ORDER**

This consolidated case was randomly referred to a Magistrate Judge for a report and recommendation on the defendant's Motion for Attorneys' Fees and Costs ("Def.'s Mot."), ECF No. 23. *See* Order, ECF No. 21; Referral to Magistrate Judge, ECF No. 22.[1] On July 31, 2015, the Magistrate Judge issued a report and recommendation, which recommended that the defendant's motion be granted in part and denied in part. Report and Recommendation ("R&R") at 17, ECF No. 27.

Specifically, the R&R recommended excluding certain charges with respect to the number of hours billed by defense counsel, R&R at 6–7, denying the defendant's argument that her counsel's legal fees may not be reduced because of a violation of her procedural rights, *id*. at 9, and declining to award LSI *Laffey* Matrix rates because the defendant produced insufficient evidence to demonstrate that such rates are the prevailing rates for IDEA litigation in the D.C. metropolitan area, *id*. at 13 (citing *Eley v. District of Columbia*, No. 13-7196, 2015 WL 4153874, at *6 (D.C. Cir. July 10, 2015)). Instead, the R&R recommended awarding USAO *Laffey* Matrix

---

[1] The related matters, *Kirksey-Harrington v. District of Columbia*, Case No. 13-2029 and *District of Columbia v. Kirksey-Harrington*, Case No. 14-180, were consolidated on July 30, 2014. *See* Case No. 13-2029, Minute Order, dated July 30, 2014.

1

rates for counsel's work on this case, except for counsel's February 25 to March 2, 2015 charges for preparing the motion for attorneys' fees, for which the R&R recommended awarding 75% of USAO *Laffey* Matrix rates. *Id*. at 14–15. Lastly, the R&R recommended minor adjustments to defense counsel's time billed for travel, *id*. at 16, and reimbursing the defendant for certain costs, *id*. at 16–17. Consequently, the R&R recommended awarding the defendant attorneys' fees in the amount of $68,903 and costs in the amount of $739.15. *Id.* at 18.

The R&R cautioned the parties that failing to file a timely objection within 14 days of the party's receipt of the R&R could result in their waiving the right to appeal an order of the District Court adopting the recommendations. *See id.* at 18–19. No objection to the R&R has been timely filed, and the time to file such an objection has lapsed, *see* Local Civil Rule 72.3(b), and, thus, any objections are deemed waived. *See, e.g.*, *Thomas v. Arn*, 474 U.S. 140, 149–55 (1985).

The Court, upon independent consideration of the pending motion and the entire record herein, concurs with the recommendations made in the R&R. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 27, is ADOPTED in full; and it is further

**ORDERED** that, for the reasons stated in the Report and Recommendation, the Defendant's Motion for Attorneys' Fees and Costs, ECF No. 23, is GRANTED IN PART and DENIED IN PART; and it is further

**ORDERED** that, for the reasons stated in the Report and Recommendation, the defendant is entitled to attorneys' fees in the amount of $68,903 and costs in the amount of $739.15; and it is further

**ORDERED** that the plaintiff pay the defendant attorneys' fees in the amount of $68,903 and costs in the amount of $739.15 by September 16, 2015, unless the parties reach an alternative mutually agreeable date.

**SO ORDERED.**

*This is a final appealable order.*

Date: August 18, 2015

_____
BERYL A. HOWELL
United States District Judge